**Harris A. WORTHEM, Appellant,**

v.

**UNITED STATES of America.**

**No. 14999.**

United States Court of Appeals,
Eighth Circuit.

Jan. 4, 1955.

Harris A. Worthem, pro se.

Harry Richards, U. S. Atty., and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, for want of prosecution, on motion of appellee.

**James Alfred JEFFRESS, Appellant,**

v.

**UNITED STATES of America.**

**No. 15115.**

United States Court of Appeals,
Eighth Circuit.

Jan. 4, 1955.

James Alfred Jeffress, pro se.

Harry Richards, U. S. Atty., and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, for want of prosecution, on motion of appellee.

**Samuel Henry MERRITT, Appellant,**

v.

**UNITED STATES of America.**

**No. 15093.**

United States Court of Appeals,
Eighth Circuit.

Jan. 4, 1955.

Samuel Henry Merritt, pro se.

Harry Richards, U. S. Atty., St. Louis, Mo., and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, for want of prosecution, on motion of appellee.

**J. L. BRUNK et al., Appellants,**

v.

**CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY.**

**No. 15200.**

United States Court of Appeals,
Eighth Circuit.

Jan. 27, 1955.

Paul W. Steward and A. B. Crouch, Des Moines, Iowa, for appellants.

Thomas J. Guthrie, Des Moines, Iowa, John Hale, E. M. Jones, and J. C. Pryor, Burlington, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, on stipulation of parties.